IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| QUAVION DESHUN HOLLINS, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § CIVIL ACTION NO. 2:23-CV-351-RWS-RSP <br> CHRISTUS HEALTH D/B/A TLRA DEPT § <br> RECOVERY, § <br> § <br> *Defendant*. § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by Quavion Deshun Hollins ("Plaintiff") and Christus Health, a Texas Nonprofit Corporation d/b/a TLRA Debt Recovery ("Defendant"). (Dkt. No. 33.) In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action WITH prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**SIGNED this 30th day of April, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE